OPINION — AG — ** INDIGENTS — PROVIDING FOR COUNSEL ** EXPENDITURES FROM THE COURT FUND MAY BE MADE ONLY TO PROVIDE COUNSEL FOR AN INDIGENT ACCUSED'S APPEAL TO THE COURT OF CRIMINAL APPEALS. (COURT FUND, EXPENDITURES, INDIGENT, APPEALS, ATTORNEY'S FEES, EQUAL PROTECTION) CITE: 22 O.S. 1074 [22-1074], 20 O.S. 1304 [20-1304], 22 O.S. 1074 [22-1074], ARTICLE VII, SECTION 4, 22 O.S. 1051 [22-1051] [22-1051], 22 U.S.C.A. 1915 (STEVEN E. MOORE)